## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. MARK FALK |
| v. | : | MAGISTRATE NO. 06- 3551 |
| COREY HAMLET,<br>a/k/a "C-Blaze,"<br>a/k/a "Blaze" | : | **CRIMINAL COMPLAINT** |

    I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From in or around June 2003 through in or around October 2003, in Essex County, in the District of New Jersey and elsewhere, the defendant COREY HAMLET, a/k/a "C-Blaze," a/k/a "Blaze" did:

> knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute a quantity of heroin, a Schedule 1 narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

    I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

_____<br>
Jeffrey Egan, Special Agent<br>
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
April 26, 2006 in the District of New Jersey

_____
Signature of Judicial Officer

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

## Attachment A

I, Jeffrey Egan, a Special Agent of the Federal Bureau of Investigation ("FBI"), am fully familiar with the facts set forth herein based upon my own investigation and my conversations with other agents and employees of the FBI and local police officers and detectives, and my review of their reports and items of evidence. Since this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Defendant COREY HAMLET, a/k/a "C-Blaze," a/k/a "Blaze" (hereinafter "COREY HAMLET") at all times relevant to this Complaint, has been a member of the Crips Street Gang (hereinafter "the Crips"). Specifically, defendant COREY HAMLET is a member of the Grape Street Crips set located in the area of the Baxter Terrace Housing Complex in Newark, New Jersey. Additionally, defendant COREY HAMLET has, at times relevant to this Complaint and at other times, agreed with and worked together with other members and associates of the Crips Street Gang in the sale of heroin.

2. On or about June 4, 2003, defendant COREY HAMLET and another individual sold two bricks of heroin to a confidential witness in exchange for $550 in the area of the Baxter Terrace Housing Complex in Newark, New Jersey.

3. Based upon my knowledge, training and experience, "brick" is street terminology for a package of heroin usually containing five "bundles." A bundle normally contains ten bags or glassine envelopes containing individual doses (or "decs") of heroin. Thus a brick normally contains 50 individual doses.

4. The two bricks of heroin sold by defendant HAMLET on June 4, 2003, were analyzed by the DEA laboratory, which determined that they contained a net weight of approximately 3.8 grams of a mixture or substance containing heroin.

5. On or about June 11, 2003, defendant COREY HAMLET and another individual sold four bricks of heroin to a confidential witness in exchange for $1,100 in the area of the Baxter Terrace Housing Complex in Newark, New Jersey.

6. The four bricks of heroin sold by defendant HAMLET on June 11, 2003, were analyzed by the DEA laboratory, which determined that they contained a net weight of approximately 6.9 grams of a mixture or substance containing heroin.

7. On or about June 18, 2003, defendant COREY HAMLET and another individual sold two bricks of heroin to a confidential witness in exchange for $480 in the area of the Baxter Terrace Housing Complex in Newark, New Jersey. The brands stamped onto the heroin were "No Joke," "DNA," and "Blockbuster."

8. The two bricks of heroin sold by defendant HAMLET on June 18, 2003 were analyzed by the DEA laboratory, which determined that they contained a net weight of

approximately 3.3 grams of a mixture or substance containing heroin.

9. On or about July 2, 2003, defendant COREY HAMLET and another individual sold 195 decs of heroin to a confidential witness for $1,100 in the area of the Baxter Terrace Housing Complex in Newark, New Jersey.

10. The 195 decs of heroin sold by defendant HAMLET on July 2, 2003, were analyzed by the DEA laboratory, which determined that they contained a net weight of approximately 7.7 grams of a mixture or substance containing heroin.

11. On or about July 15, 2003, defendant COREY HAMLET and another individual sold three bricks of heroin to a confidential witness for $825 in the area of the Baxter Terrace Housing Complex in Newark, New Jersey. The brands stamped onto the heroin were "Outlawz," "Escalade," and "Daredevil."

12. The three bricks of heroin sold by defendant HAMLET on July 15, 2003, were analyzed by the DEA laboratory, which determined that they contained a net weight of approximately 5.2 grams of a mixture or substance containing heroin.

13. On or about July 29, 2003, defendant COREY HAMLET and another individual sold three bricks of heroin to a confidential witness for $825 in the area of the Baxter Terrace Housing Complex in Newark, New Jersey. The brands stamped onto the heroin were "No Limit," "Blockbuster," "DNA," "Outlawz," and "Escalade."

14. The three bricks of heroin sold by defendant HAMLET on July 29, 2003, were analyzed by the DEA laboratory, which determined that they contained a net weight of approximately 5.0 grams of a mixture or substance containing heroin.

15. On or about October 9, 2003, defendant COREY HAMLET and another individual sold four bricks of heroin to a confidential witness for $1,100. The brand stamped onto the heroin was "Trick or Treat."

16. The four bricks of heroin sold by defendant HAMLET on October 9, 2003, were analyzed by the DEA laboratory, which determined that they contained a net weight of approximately 10.8 grams of a mixture or substance containing heroin.